UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nexus Display Technologies LLC <br><br> PLAINTIFF(S) <br> v. <br> Sony Electronics Inc <br><br> DEFENDANT(S). | CASE NUMBER <br><br> SACV14-01121 DOC (RNBx) <br><br> NOTICE OF INTRA-DISTRICT TRANSFER <br> BY CLERK OF COURT |

To:     All Counsel Appearing of Record

☐ Due to clerical error, this case was improperly assigned to the ☐ Western ☐ Southern ☐ Eastern Division of this District. Pursuant to General Order 14-03 this case is hereby transferred to the ☐ Western ☐ Southern ☐ Eastern Division for all further proceedings.

☒ Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the ☒ Western ☐ Southern ☐ Eastern Division.

This case has been reassigned to case number   2:14-cv-05693   and has been ☒ assigned ☐ reassigned to Judge   Fernando M. Olguin   for all further proceedings.

Any matters that are or may be referred to a Magistrate Judge are hereby ☒ assigned ☐ reassigned to Magistrate Judge   Alka Sagar   for:

☐ any discovery and/or post-judgment matters that may be referred.

☐ for all proceedings in accordance with General Order 05-07.

All documents filed in this case must reflect the new case number and newly assigned Judge/Magistrate Judge initials so that the new case number will read:   2:14-cv-05693 FMO (ASx)  . This is very important because any documents presented to the Clerk for filing in paper format are routed by the initials.

Clerk, U.S. District Court

By:   Lori Wagers
Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge;*
*Intake Coordinator; Statistics Clerk*

G-73 (06/14)                              NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT