1  Alisa Lipski (SBN 278710)
   Amir H. Alavi (Admitted *Pro Hac Vice*)
2  Ahmad, Zavitsanos, Anaipakos, Alavi &
   Mensing P.C.
3  1221 McKinney, Suite 3460
4  Houston, Texas 77010
   Tel: 713-655-1101
5  Fax: 713-655-0062
6  Email: alipski@azalaw.com
   Email: aalavi@azalaw.com
7
8  Douglas Q. Hahn (SBN 257559)
   Stadling Yocca Carlson & Rauth PC
9  660 Newport Center Dr., Suite 1600
   Newport Beach, CA 92660
10 Tel: 949-725-4138
11 Fax: 949-725-4100
   Email: dhahn@sycr.com
12
   ***Attorneys for Plaintiff Nexus Display***
13 ***Technologies LLC***

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:<br>NEXUS DISPLAY TECHNOLOGIES, LLC. | Case No. 8:14-cv-1118-JVS |
| NEXUS DISPLAY TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>         v.<br><br>SONY ELECTRONICS, INC.<br><br>        Defendant. | Case No.  2:14-cv-05693-JVS<br><br>Honorable James V. Selna<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), Plaintiff Nexus Display Technologies, LLC ("Nexus") and Defendant Sony Electronics Inc. ("Sony") hereby stipulate to dismiss all their respective claims and counterclaims in this action, without prejudice.

1  Nexus and Sony further stipulate that they shall bear their own attorneys' fees and costs in
2  connection with this action.

Dated: March 5, 2015                              Respectfully submitted,

                                                  *Charles T. Steenburg*
Jeffrey T. Thomas (Bar No. 106409)                Charles T. Steenburg (pro hac vice)
jtthomas@gibsondunn.com                           csteenburg@wolfgreenfield.com
Spencer Winston Ririe (Bar No. 248277)            Michael N. Rader (pro hac vice)
sririe@gibsondunn.com                             mrader@wolfgreenfield.com
**GIBSON, DUNN & CRUTCHER LLP**                   Stuart V. C. Duncan Smith (pro hac vice)
3161 Michelson Drive                              sduncansmith@wolfgreenfield.com
Irvine, CA 92612-4412                             **WOLF, GREENFIELD & SACKS, P.C.**
Telephone: 949-451-3800                           600 Atlantic Avenue
Facsimile: 949-451-4220                           Boston, MA 02210-2206
                                                  Telephone: 617-646-8000
                                                  Facsimile: 617-646-8646

                                                  ATTORNEYS FOR DEFENDANT
                                                  SONY ELECTRONICS INC.

Dated: March 5, 2015                    Respectfully submitted,

*Alisa A. Lipski*
Alisa A. Lipski
California Bar No. 278710
alipski@azalaw.com
Amir Alavi (pro hac vice)
aalavi@azalaw.com
**AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C.**
1221 McKinney Street, Suite 3460
Houston, TX 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062

Douglas Q. Hahn (SBN 257559)
**STADLING YOCCA CARLSON & RAUTH PC**
660 Newport Center Dr., Suite 1600
Newport Beach, CA 92660
Tel: 949-725-4138
Fax: 949-725-4100
Email: dhahn@sycr.com


ATTORNEY FOR PLAINTIFF
NEXUS DISPLAY TECHNOLOGIES LLC

## **CERTIFICATE OF SERVICE**

On March 5, 2015, I caused the foregoing document, STIPULATION OF DISMISSAL, to be electronically filed with the court, which will cause a Notice of Electronic Filing to be automatically generated by the court's electronic filing system and sent to all parties in this case. Pursuant to L.R. 5-3.2.1, the Notice of Electronic Filing when emailed to the email addresses of record for counsel in the case constitutes service on the receiving parties.

*Alisa A. Lipski*
Alisa A. Lipski