JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:<br>NEXUS DISPLAY TECHNOLOGIES, LLC.<br><br>NEXUS DISPLAY TECHNOLOGIES, LLC,<br>       Plaintiff,<br>           v.<br>SONY ELECTRONICS, INC.<br>           Defendant. | Case No. **2:14-cv-05693-JVS**<br><br>Honorable James V. Selna<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

Before the Court is the Joint Stipulation of Dismissal of Defendant Sony Electronics Inc. ("Sony") pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c). The Stipulation is GRANTED. All claims in this action brought by Plaintiff Nexus Display Technologies LLC ("Nexus") against Sony and all counterclaims in this action brought by Sony against Nexus, are hereby dismissed without prejudice. Each party shall bear their own attorneys' fees and costs in connection with this action.

Dated: March 09, 2015      _____
                            Honorable James V. Selna
                            United States District Judge

1
2  4830-2740-7906, v. 1
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28